819 A.2d 534

**Donald Kenneth SHAFFER, Petitioner,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

March 21, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of March, 2003, probable jurisdiction is noted and the April 4, 2002 Commonwealth Court order is affirmed